*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

UNITED STATES OF AMERICA                                             PLAINTIFF

vs.                              4:14CR00154-001  SWW

RONALD BYRD HUDSON                                                   DEFENDANT

### ORDER

Pending before the Court is an unopposed motion to continue the revocation hearing scheduled January 13, 2015 until after his state case has been resolved. The Court has fully considered the motiont and finds that, for good cause shown, the motion [doc #17] should be and hereby is *granted*.

IT IS THEREFORE ORDERED that the supervised release revocation hearing will be rescheduled **THURSDAY, MARCH 12, 2015 AT 1:00 P.M. IN COURTROOM #389.**

Dated this 9th day of January 2015.

/s/Susan Webber Wright
United States District Judge